Submitted September 2, reversed December 7, 2016

In the Matter of A. J. E.,
a Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

A. J. E.,
*Appellant.*

Marion County Circuit Court
16CC01273; A161617

389 P3d 1175

Joseph DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Shorr, Judge.

## PER CURIAM

Appellant seeks reversal of an order that committed him to the Oregon Health Authority for a period not to exceed 180 days, ORS 426.130(1)(a)(C), based on the trial court's determination that, because of a mental disorder, he was a danger to himself and others and not able to provide for his basic needs, ORS 426.005(1)(f). He contends, and the state concedes, that the evidence is legally insufficient to support that determination and that the order should be reversed. We agree, accept the state's concession, and reverse the commitment order.

Reversed.